1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9  PASTOR BILL HURT,                                    CASE NO. 1:10-cv-01622-AWI-SMS

10                          Plaintiff,
                                                        ORDER DISMISSING CASE FOR
11          v.                                          LACK OF FEDERAL JURISDICTION

12  CITY OF LINDSAY,

13                          Defendant.                  (Docs. 1 and 2)
                                                   /
14

15          Plaintiff Pastor Bill Hurt, *pro se*, seeks to set aside a contract with Defendant, claiming he

16  entered the contract under duress.  Plaintiff alleges no basis for federal jurisdiction of this claim,

17  which properly should have been brought in California Superior Court.  This Court lacks

18  jurisdiction over Plaintiff's claims.

19          Plaintiff has also moved to proceed *in forma pauperis* (Doc. 2).  Because this order

20  dismisses Plaintiff's complaint, the motion to proceed *in forma pauperis* is moot.

21          Accordingly, this action is **HEREBY DISMISSED** for lack of federal jurisdiction.

22

23  IT IS SO ORDERED.

24

Dated:    November 2, 2010

25                                                      CHIEF UNITED STATES DISTRICT JUDGE

26

27

28

1